UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**UNITED STATES OF AMERICA**                                  **CASE NO. 3:25-MJ-00092-01**

**VERSUS**                                                                    **MAG. JUDGE KAYLA D. MCCLUSKY**

**KSENIIA PETROVA (01)**

**MINUTES OF COURT:**
**Initial Appearance – Rule 5c3**

| Date: | 5/14/25 | Presiding: Mag. Judge Kayla D. McClusky | |
|---|---|---|---|
| Court Opened: | 2:30 p.m. | Courtroom Deputy: | Angela LeDay |
| Court Adjourned: | 2:35 p.m. | Court Reporter: | Zoom Recording |
| Statistical Time: | 00:05 | Courtroom: | Video Conference |
| | | Probation Officer: | Kristin Vidrine |

**APPEARANCES**

| Jessica Cassidy (AUSA) | For | United States of America |
|---|---|---|
| Kseniia Petrova (01) | | (LOCATION CUSTODY) |

**PROCEEDINGS**

Defendant is advised of her right to remain silent.

Defendant requested that her attorney be present for the hearing and advised that Gregory Romanovsky is representing her on her immigration and criminal matters.

**NEXT:**
This hearing is reset for May 15, 2025 at 9:45 a.m. by Zoom Video Conference before Magistrate Judge McClusky.